UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
ROCKINGHAM DIVISION

| | |
|---|---|
| Shelley Harris,<br><br>      Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>      Defendant. | Case No.: 1:14-cv-00682 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Shelley Harris, by and through her undersigned counsel, seeks leave to file the proposed First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a), in order to narrow the scope of the Complaint, clarify her causes of action, and withdraw her causes of action for strict product liability and for violations of North Carolina's Unfair and Deceptive Trade Practices Act.

Rule 15(a)(2) allows a party to amend "with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Plaintiff filed her complaint on August 13, 2014, Dkt. 1. Plaintiff's proposed First Amended Complaint is attached hereto.

Plaintiff's proposed amendments are intended to clarify and narrow their complaint as follows: (1) withdrawing Plaintiff's causes of action for design defect, strict products liability and for violations of North Carolina's Unfair and Deceptive Trade Practices Act; and (2) clarifying Plaintiff's causes of action for negligence, failure to warn, and fraud.

Rule 15(a) provides that a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). While granting leave to amend is "within the discretion

1

of the District Court," leave to amend should be freely given "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Foman v. Davis*, 371 U.S. 178, 182 (1962); *see also Edwards v. City of Goldsboro*, 178 F.3d 231, 242 (4th Cir. 1999) (stating that *Forman* "is well settled" law). The "federal rules strongly favor granting leave to amend." *Hartzman v. Wells Fargo & Co.*, No. 1:14CV808, 2015 WL 1268267, at *2 (M.D.N.C. Mar. 19, 2015) (citing *Medigan of Ky., Inc. v. Pub. Serv. Comm'n,* 985 F.2d 164, 167–68 (4th Cir.1993)).

None of the *Foman* factors are present here. First, as undersigned counsel for Plaintiff only recently entered appearances, there has been no undue delay. Second, the proposed amendments are made in good faith and are intended to narrow and clarify the scope of the issues before the Court. Third, these are Plaintiff's first proposed amendments. Fourth, there is no prejudice to Lilly in having the allegations against it narrowed and clarified. Discovery only recently began following the Court's issuance of a scheduling order on February 20, 2015. Finally, the amendments are not futile.

Plaintiff therefore respectfully requests that the Court grant their motion to file the proposed First Amended Complaint.

DATED: May 15, 2015

                            KELLER ROHRBACK L.L.P.

                          By: /s/ Khesraw Karmand
                            Khesraw Karmand
                            California Bar No.: 280272
                            Keller Rohrback L.L.P.
                            1129 State Street, Suite 8
                            Santa Barbara, California 93101
                            Tel: (805) 456-1496
                            Fax: (805) 456-1497
                            Email: kkarmand@kellerrohrback.com

                            Meredith L. Gray
                            Washington State Bar No.: 47572
                            Michael D. Woerner
                            Washington State Bar No.: 15452
                            Keller Rohrback L.L.P.
                            1201 Third Avenue, Suite 3200
                            Seattle, WA 98101
                            Tel: (206) 623-1900
                            Fax: (206) 623-3384
                            E-mail: mgray@kellerrohrback.com
                            E-Mail: mwoerner@kellerrohrback.com

                            Whitney J. Butcher
                            North Carolina Bar No.: 44272
                            Whitley Law Firm
                            2424 Glenwood Avenue, Suite 201
                            Raleigh, North Carolina 27608
                            Ph: (919) 645-5215
                            Fax: (919) 785-3729
                            Email: wjb@whitleylawfirm.com

                            ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and have verified that such filing was sent electronically using the CM/ECF system, which will send notice of such filing to all known counsel of record.

/s/ Khesraw Karmand
Khesraw Karmand